

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00157-CV

| | | |
|---|---|---|
| Super Ventures, Inc. and Abu Tuarb Tariq | § | From the 355th District Court |
| | § | of Hood County (C2012437) |
| v. | § | June 23, 2016 |
| Saiqa S. Chaudhry | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Super Ventures, Inc. and Abu Tuarb Tariq shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
    Justice Anne Gardner